UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELENE CHERY,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, Secretary of Homeland Security; *et al.*,<br>Respondents. | Case No.: 26-cv-5451-BJC-GC<br>**ORDER SETTING BRIEFING SCHEDULE AND ISSUING STAY OF REMOVAL**<br>**[ECF No. 1]** |

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: September 30, 2026

Honorable Benjamin J. Cheeks
United States District Judge